Lauri F. Rasnick
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
lrasnick@ebglaw.com
*Attorneys for Defendants*
*The CAIPA Foundation, Inc., CAIPA*
*Social Daycare Center LLC, Peggy Sheng,*
*Wayne Sheng and John Hung*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FANG LIU,

                     Plaintiff,

    v.

THE CAIPA FOUNDATION, INC., CAIPA SOCIAL
DAYCARE CENTER LLC., PEGGY SHENG, WAYNE
SHENG, JOHN HUNG, GENBAO HU, JOHN DOES #1-10,
JANE DOES #1-10, fictitiously named parties, true name(s)
unknown, and COMPANY ABC #1-10, fictitiously named
entities, true name(s) unknown,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No.: 16-cv-06674
(ER)(JLC)

**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned attorney of record for the CAIPA Foundation, Inc. and CAIPA Social Daycare Center LLC certifies that the CAIPA Foundation, Inc. is not a publicly held corporation and no corporate parent or other corporation owns 10% or more of its stock.

Dated: New York, New York

          December 12, 2016

EPSTEIN BECKER & GREEN, P.C.

_____
Lauri F. Rasnick
250 Park Avenue
New York, New York 10177-1211
Tel: 212.351.4854

lrasnick@ebglaw.com

*Attorneys for Defendants*
*The CAIPA Foundation, Inc., CAIPA*
*Social Daycare Center LLC, Peggy Sheng,*
*Wayne Sheng and John Hung*

FIRM:40416329v1