Ramos, E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 5/23/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
FANG LIU,

                          Plaintiff,

        - against -

THE CAIPA FOUNDATION, INC., CAIPA SOCIAL
DAYCARE CENTER LLC, PEGGY SHENG, WAYNE
SHENG, JOHN HUNG, GENBAO HU, JOHN DOES #1-
10, JANE DOES #1-10, fictitiously named parties, true
name(s) unknown, and COMPANY ABC #1-10, fictitiously
named entities, true name(s) unknown

                          Defendants.
------------------------------------------------------- x

ECF

Case No.: 16 Civ. 06674

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made and each party to bear its or their own fees and costs.

Date: May 18, 2017

_____
Lauri F. Rasnick, Esq.
**Epstein Becker & Green, P.C.**
*Attorneys for Defendants*
250 Park Avenue
New York, NY 10177
Tel: (212) 351-4500
LRasnick@ebglaw.com

_____
Aihong You, Esq.
**Law Office of Aihong You**
*Attorneys for Plaintiff*
9 Mott Street, Suite 600
New York, New York 10013
Tel: (917) 412-3603
aihong.you@aihonglaw.com

SO ORDERED:

_____
Edgardo Ramos
United States District Judge

Date: May 23, 2017